IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK SANDOVAL, an individual,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ALLIED WASTE TRANSPORTATION,<br>INC., a California corporation;<br>and DOES 1 through 60,<br>inclusive,<br><br>　　　　　Defendant.<br>_____ | 2:10-cv-01149-GEB-KJN<br><br><br>ORDER RE: SETTLEMENT AND<br>DISPOSITION |

　　　　　Plaintiff filed a "Notice of Tentative Settlement of Entire Case" on June 22, 2011, in which he states: "the Defendant has extended a settlement offer, which has been accepted by Plaintiff, and which will result in the dismissal of this action upon completion of settlement documentation[;] Counsel for the parties expects such documentation to be completed within two (2) weeks." (ECF No. 13.)

　　　　　Therefore, a dispositional document shall be filed no later than July 8, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to

1 | file dispositional papers on the date prescribed by the Court may be
2 | grounds for sanctions.").
3 |      IT IS SO ORDERED.
4 | Dated: June 27, 2011

```
                         _____
                         GARLAND E. BURRELL, JR.
                         United States District Judge
```