A. PETER RAUSCH, JR. (State Bar No. 127930)
LAW OFFICES OF A. PETER RAUSCH, JR.
1930 Tienda Dr., Suite 106
Lodi, California  95242
Telephone: (209) 339-8500
Facsimile: (209) 339-8505
Email: counsel@rausch.com

Attorneys for Plaintiff,
Jack Sandoval

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JACK SANDOVAL, an individual, ) | CASE NO. 2:10-CV-01149-GFB-KJN |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER REGARDING STATUS OF** |
| ) | **SETTLEMENT** |
| vs. ) | |
| ) | |
| ALLIED WASTE TRANSPORTATION, ) | |
| INC., a California corporation; and ) | |
| DOES 1 through 60, inclusive, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

    The parties, by and through their undersigned attorneys of record, hereby respectfully advise the Court that documentation of settlement of this case is ongoing and will not be completed by July 8, 2011.  The documentation has been drafted and is currently being revised.  The revisions require approval by Defendant's management, which is typically obtained promptly but not immediately.  A minor delay also resulted from the Fourth of July extended holiday weekend.  At this time the settlement documentation is being finalized and counsel expect to resolve a couple of remaining minor language issues within the next week.  Thereafter, the agreement will be circulated for execution.

In addition, even after execution of the agreement, dismissal of the case must await expiration of the statutory time frames within which Plaintiff has the right to consider the agreement (21 days) and withdraw his assent to the settlement (7 days after signing).  These time frames are established by section 7(f)(1)(F) of the Age Discrimination in Employment Act.

Accordingly, the parties project the time frame for completion of documentation, expiration of the revocation period and submission of the stipulation for dismissal of the entire action with prejudice, is approximately 45 days or August 22nd, 2011.

Accordingly, the parties respectfully request that the Court modify its Order re: Settlement and Disposition of June 27, 2011 to provide additional time to and including August 22nd, 2011 for the parties to complete the settlement process, and file a stipulation to dismiss the case.

                                        Respectfully Submitted,

                                        LAW OFFICES OF A. PETER RAUSCH, JR.

Dated: July 7, 2011                      By: /s/ A. Peter Rausch, Jr.
A. PETER RAUSCH, JR.
Attorneys for Plaintiff,
Jack Sandoval

**Signed Electronically for eFiling**

SEYFARTH SHAW LLP

Dated: July 7, 2011                      By: /s/ Peter D. Urias
PETER D. URIAS
Attorneys for Defendant,
Delta Container Corporation dba Allied Waste Services of San Joaquin County

**Signed Electronically for eFiling**

IT IS SO ORDERED.

Dated:  July 9, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge